## FREEMAN v. STATE.

No. 26739.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

## FREEMAN v. STATE.

No. 26738.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant entered a plea of guilty to the offense of unlawfully selling whisky in a dry area, and his punishment was assessed at a fine of $100.

The record is before us without a statement of facts or bills of exception in the absence of which nothing is presented for review.

The judgment of the trial court is therefore affirmed.